**Ex parte Iddien Reese CONNER.**

No. 28773.

Court of Criminal Appeals of Texas.

Jan. 23, 1957.

No Attorney of Record on Appeal.

Howard M. Fender, Dist. Atty., Fort Worth, Grady Owen and Conrad Florence, Asst. Dist. Attys., Fort Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is an extradition case.

■ The executive warrant of the acting governor of this state was introduced in evidence and made a prima facie case authorizing relator's extradition. Ex parte Wagner, 158 Tex.Cr.R. 444, 256 S.W.2d 98; Ex parte Norris, 154 Tex.Cr.R. 68, 225 S.W.2d 193; Ex parte Watkins, 159 Tex.Cr.R. 14, 259 S.W.2d 215.

■ There was no evidence attacking the sufficiency of the extradition warrant or overcoming the prima facie case.

The judgment is affirmed.